U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

September 19, 2025

**VIA ECF**

The Honorable Jeanette A. Vargas
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

          Re:    *United States v. Steven Cancel*
                   25 Cr. 11 (JAV)

Dear Judge Vargas:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, STEVEN CANCEL, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 17) and no third-party claims have been filed within the statutory period.

      Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: /s/ *Robert B. Sobelman*
     Robert B. Sobelman
     Assistant United States Attorney
     Tel. (212) 637-2616

SO ORDERED:

*Jeannette Vargas*
The Honorable Jeannette A. Vargas
United States District Judge
Dated: September 23, 2025

*Enclosure*